## COONEY AND BAINER, P.C. *v.* JOHN E. MILUM, SR.
### (AC 17253)

Foti, Hennessy and Stoughton, Js.

Argued March 18—officially released April 28, 1998

Per Curiam. The defendant appeals from the summary judgment rendered in favor of the plaintiff on the defendant's counterclaim. Having heard oral arguments and reviewed the record, transcripts and briefs, we conclude that the trial court acted in accordance with applicable law and that the granting of summary judgment was proper. We find the defendant's claims to be without merit.

The judgment is affirmed.

## LUBA N. HILL *v.* JAMES T. HILL
### (AC 16808)

Spear, Hennessy and Daly, Js.

Argued April 27—officially released May 19, 1998

Per Curiam. The judgment is affirmed.

## JOANNE MARANDINO *v.* MARANDINO'S ET AL.
### (AC 17060)

O'Connell, C. J., and Hennessy and Sullivan, Js.

Argued April 30—officially released May 19, 1998

Per Curiam. The decision of the compensation review board is affirmed.